VACATED.

**David Isaac MAIMON, Plaintiff—Appellant,**

v.

**Diane REA, Chairperson, Oregon Board of Parole and Post Prison Supervision, et al., Defendants—Appellees.**

No. 01–35868.

D.C. No. CV–01–06180–AA.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2002 *.

Decided March 1, 2002.

Before B. FLETCHER, T.G. NELSON and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.